| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER (Tran. Court) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | 3:95CR00029-001 |
| | | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Raymond Marshall Johnson 150 Nevins Street Apt 3 Brooklyn, NY 11217 | DISTRICT WESTERN DISTRICT OF VIRGINIA | | DIVISION Charlottesville |
| | NAME OF SENTENCING JUDGE James H. Michael, Jr. | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 16, 2004 | TO June 15, 2009 |

OFFENSE

Conspiracy to Possess with the intent to Distribute Cocaine Base. 21 USC § 846 (Class A Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York (Brooklyn) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6/27/2005_
Date

_/s/ James H. Michael, Jr._
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York (Brooklyn)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/25/06_
Effective Date

_s/David G. Trager_
United States District Judge